

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2018

No. 04-18-00418-CV

**IN RE WOOD GROUP PSN INC.**, Miller Environmental Services L.L.C., Star Tex Gasoline & Oil Distributors Inc., Basic Energy Services Inc., Cameron Inc., Chacho's Vacuum Service Inc., Coastal Chemical Co. L.L.C., Flint Energy Services Inc., FTS International Services L.L.C., Helmerich & Payne International Drilling Co., Mission Petroleum Carriers Inc., Murphy Exploration & Production Company - USA, Murphy Oil Corporation, Plains All American Pipeline L.P., Rose Rock Midstream Field Services L.L.C., Stallion Oilfield Holdings Inc., Stevens Tanker Division L.L.C., Strike L.L.C., Stuart Petroleum Testers Inc., Sunline Energy Services Inc., T.D. Trucking L.L.C., and Thomas Petroleum L.L.C.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Irene Rios, Justice

On June 22, 2018, relators filed a petition for writ of mandamus and an opposed emergency motion to stay the trial court proceedings. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court **no later than July 10, 2018**. Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relators' request for a partial stay is GRANTED. With one exception, all proceedings in the underlying case are STAYED pending final resolution of the petition for writ of mandamus. However, the June 27, 2018 hearing on Shamrock Energy Corporation's motion(s) for summary judgment, any documents filed through that hearing pertaining to the motion(s) for summary judgment, and the trial court's ruling on the motion(s) for summary judgment are NOT STAYED.

It is so **ORDERED** on June 22, 2018.

---

[1] This proceeding arises out of Cause No. 13-05-11980-DCVAJA, styled *County of Dimmit v. Murphy Exploration & Production Co., et al.*, pending in the 365th Judicial District Court, Dimmit County, Texas, the Honorable Amado J. Abascal, III presiding.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court